# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MENZEL, <br><br> Plaintiff, <br><br> v. <br><br> MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, et al., <br><br> Defendants. | Case No. 16-cv-03062-JSW <br><br> **ORDER REQUIRING CHAMBERS COPIES** |

This matter has been reassigned to the undersigned Judge. The parties are HEREBY ORDERED to provide this Court with chambers copies of all pleadings filed in this case by August 12, 2016.

**IT IS SO ORDERED.**

Dated: August 5, 2016

_____
JEFFREY S. WHITE
United States District Judge